# WL| Wright Law
**ATTORNEY AT LAW**

---

**299 B‌ROADWAY, S‌UITE 708**
**N‌EW Y‌ORK, NY 10007**
**O‌FFICE (212) 822-1419 • F‌ACSIMILE (212) 822-1463**
wrightlawnyc@gmail.com
www.wrightlaw.nyc

August 28, 2024

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

          **Re:** *United States* **v.** *Ramzy Faisal, 23-CR-(AS)*

Dear Judge Subramanian:

      I represent the above defendant, Ramzy Faisal, and the matter is scheduled for a court conference on September 12, 2024. I write today to respectfully request that new CJA counsel be appointed to represent Mr. Faisal.

      On the last court date on August 26, 2024, Mr. Faisal stated that he wanted a new defense attorney as he did not feel I was acting in his best interest. On that date, the Court allowed the undersigned and Mr. Faisal to have a meeting in the courtroom after the call of the case, and Mr. Faisal stated that I was working against his interests and adamantly directed me to ask the Court to appoint him a new lawyer. I now join in Mr. Faisal's application and therefore respectfully request that the Court appoint new CJA counsel

      Currently, there is a conference scheduled for September 12, 2024, at 2:00pm, and I will make an application for the appointment of new CJA counsel on that date. I have informed AUSA Rebecca Delfiner regarding this issue and the government takes no position.

                                                      Sincerely,
                                                      /s/
                                                      Christopher Wright